# **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the completed form, except as herein modified:

_____

_____

_____

**SO ORDERED**, this 11th day of December, 2018.

*[signature: Eleanor L. Ross]*

HONORABLE ELEANOR L. ROSS
UNITED STATES DISTRICT COURT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| GREG PALAST and HELEN BUTLER, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ROBYN CRITTENDEN, in her official capacity as Secretary of State of the State of Georgia, )<br><br>Defendant. ) | CIVIL ACTION FILE<br>NO. 1:18-CV-04809-ELR |

## JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

**1.     Description of Case:**

   a.   Describe briefly the nature of this action.

This action is brought pursuant to the National Voter Registration Act, 52 U.S.C. § 20501. (NVRA).  The NVRA requires election officials in all of the States to be transparent with respect to the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters.  Plaintiffs requested various documents related to such programs in Georgia.  Plaintiffs allege that Defendant failed to fully respond to the requests after providing the appropriate 90 day notice.  This law suit seeks to compel Defendant to produce documents sought in Plaintiffs' prior document requests.