UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GREG PALAST AND HELEN BUTLER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | |
| BRAD RAFFENSPERGER in his official capacity as Secretary of State of the State of Georgia, | ) ) ) ) | NO. 1:18-CV-04809-ELR |
| Defendant. | ) | |

## CONSENT ORDER TO EXTEND TIME

The Parties having consented hereto, and good cause shown therefor, the Court hereby **ORDERS** that the time for Plaintiffs to file their opposition to Defendant's Response in Opposition to The Court's Sua Sponte Consideration of Summary Judgment in Favor of Plaintiffs and Motion for Reconsideration in Favor of Defendant (Dkt. #26) and Defendant's Amended Motion to Reconsider Summary Judgment in Favor of Defendant (Dkt. #27) is extended through and including May 1, 2020.

SO ORDERED this 2nd day of April, 2020.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia

-1-

-2-

Prepared By:

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

*Counsel for Defendant*

Consented to by:

*/s/ Brian Spears*
GA Bar #670112
1126 Ponce de Leon Ave.
Atlanta, GA 30306
(404) 872-7086
bspears@mindspring.com

Jeanne Mirer
NY Bar # 4546677
Attorney for Plaintiffs
*Pro Hac Vice*
Mirer Mazzocchi & Julien PLLC
150 Broadway, 12th Floor
New York, NY 10038
(212) 231-2235

*Counsel for Plaintiffs*