# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| GREG PALAST AND HELEN BUTLER, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRAD RAFFENSPERGER in his official )<br>capacity as Secretary of State of the State )<br>of Georgia, )<br>)<br>___Defendant._____ ) | CIVIL ACTION FILE<br><br>NO. 1:18-CV-04809-ELR |

## CONSENT ORDER REFERRING CASE TO MAGISTRATE FOR SETTLEMENT CONFERENCE

The Parties have agreed to participate in a settlement conference before a United States Magistrate Judge to facilitate potential resolution of this matter. Accordingly, the Court **REFERS** this case to Chief Magistrate Judge Alan J. Baverman for assignment to the next available Magistrate Judge for the purpose of conducting the settlement conference.

The Parties are required to, within five (5) days of the conclusion of the settlement conference, notify the Court in writing whether the settlement conference resulted in resolution of this action.

It is further ordered that this case and all deadlines shall be **STAYED** pending conclusion of the settlement conference. In the event that the settlement conference does not result in resolution of this action, Plaintiffs shall have

fourteen (14) days from the date of written notice thereof being provided to the Court to file their opposition to Defendant's Response in Opposition to The Court's *Sua Sponte* Consideration of Summary Judgment in Favor of Plaintiff and Defendant's Motion for Reconsideration in Favor of Defendant (Dkt. #26), and Defendant's Amended Motion to Reconsider Summary Judgment in Favor of Defendant (Dkt. #27).

SO ORDERED this 11th day of May, 2020.

*Eleanor L. Ross*
Eleanor L. Ross, Judge
United States District Court
Northern District of Georgia

Prepared By:

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com

Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

*Counsel for Defendant*

Consented to by:

*/s/ Brian Spears*
GA Bar #670112
1126 Ponce de Leon Ave.
Atlanta, GA 30306
(404) 872-7086
bspears@mindspring.com


Jeanne Mirer
NY Bar # 4546677
Attorney for Plaintiffs
*Pro Hac Vice*
Mirer Mazzocchi & Julien PLLC
150 Broadway, 12th Floor
New York, NY 10038
(212) 231-2235

*Counsel for Plaintiff*