IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREG PALAST; HELEN BUTLER,      Plaintiffs, v. BRAD RAFFENSPERGER, *in his official capacity as Secretary of State of the State of Georgia*,      Defendant. | CIVIL ACTION NO. 1:18-cv-04809-ELR |

## **ORDER**

This case is scheduled for mediation on Wednesday, July 22, 2020, at 10:00 a.m. *See* (Doc. 41). The mediation will be conducted by Zoom videoconferencing. The Court shall provide meeting instructions by separate e-mail to counsel.

IT IS SO **ORDERED** on this 8th day of June 2020.

_____
REGINA D. CANNON
United States Magistrate Judge