# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-04809-ELR
## Palast et al v. Kemp
## Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 07/22/2020.

TIME COURT COMMENCED: 10:08 A.M.
TIME COURT CONCLUDED: 4:05 P.M.          TAPE NUMBER: ZOOM
TIME IN COURT: 5:57                      DEPUTY CLERK: Phyllis Brannon
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Brian Lake representing Brian Kemp<br>Jeanne Mirer representing Greg Palast<br>Jeanne Mirer representing Helen Butler<br>Vincent Russo representing Brian Kemp<br>George Spears representing Greg Palast<br>George Spears representing Helen Butler |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | A mediation was held by Zoom videoconferencing. The parties will have until July 24, 2020 to consider the proposed settlement agreement. |