## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| GREG PALAST and HELEN BUTLER, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:18-CV-04809-ELR |
| BRAD RAFFENSPERGER, *in his official capacity as Secretary of State of the State of Georgia*, | * * * * * | |
| Defendant. | * * | |

_____

# O R D E R
_____

The Parties participated in a mediation hearing via Zoom before Magistrate Judge Regina D. Cannon on July 22, 2020. [Doc. 46]. The docket reflects a written notice from July 24, 2020, stating the Parties were unable to reach a settlement agreement.

Accordingly, pursuant to this Court's May 12, 2020 Order [Doc. 39], the Court **LIFTS THE STAY** in this case. Plaintiffs shall have fourteen (14) days from July 24, 2020 to file: (1) their opposition to Defendant's "Response in Opposition to The Court's *Sua Sponte* Consideration of Summary Judgment in Favor of Plaintiff and Defendant's Motion for Reconsideration in Favor of Defendant" [Doc. 26]; and

(2) their opposition to Defendant's "Amended Motion to Reconsider Summary Judgment in Favor of Defendant." [Doc. 27].

**SO ORDERED**, this 27th day of July, 2020.

/s/ Eleanor L. Ross
Eleanor L. Ross
United States District Judge
Northern District of Georgia