UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREG PALAST AND HELEN BUTLER, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION FILE<br>) |
| BRAD RAFFENSPERGER in his official capacity as Secretary of State of the State of Georgia, | ) NO. 1:18-CV-04809-ELR<br>)<br>)<br>)<br>) |
| Defendant. | ) |

**CONSENT ORDER TO EXTEND TIME**

The Parties having consented hereto, and good cause shown therefor, the Court hereby **ORDERS** that the time for Plaintiffs to file their opposition to Defendant's Response in Opposition to The Court's *Sua Sponte* Consideration of Summary Judgment in Favor of Plaintiffs and Motion for Reconsideration in Favor of Defendant (Dkt. #26) and Defendant's Amended Motion to Reconsider Summary Judgment in Favor of Defendant (Dkt. #27) is extended through and including Monday, August 31, 2020.

SO ORDERED this 27th day of July, 2020.

Eleanor L. Ross
United States District Judge
Northern District of Georgia