UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREG PALAST AND HELEN BUTLER, | ( |
| | ( |
| Plaintiffs | ( CIVIL ACTION FILE NO. |
| | ( 1:18-CV-04809-ELR |
| v. | ( |
| | ( |
| BRAD RAFFENSPERGER in his | ( |
| official capacity As Secretary | ( |
| of State of the State of Georgia, | ( |
| | ( |
| Defendant. | ( |

**CONSENT MOTION TO STAY PENDING DISMISSAL**

The parties hereto Move the Court to Stay further proceedings and deadlines in this litigation. The parties have agreed in principle to the resolution of all issues presented by this litigation and are in the process of finalizing the requisite paperwork including a consent dismissal with prejudice. In particular, the parties Move the Court to defer consideration of Defendant's pending motions [D.E. 26 and 27] and to stay the deadline of August 31, 2020 [per D.E. 49] by which Plaintiffs were otherwise required to file any opposition to such pending motions.

Respectfully submitted,

|  | S/G. BRIAN SPEARS |
|---|---|
|  | GA Bar #670112 |
|  | Attorney for Plaintiffs |

1126 Ponce de Leon Ave.
Atlanta, GA 30306
(404) 872-7086
bspears@mindspring.com

Jeanne Mirer
NY Bar # 4546677
Attorney for Plaintiffs
*Pro Hac Vice*

Mirer Mazzocchi & Julien PLLC
150 Broadway, 12th Floor
New York, NY 10038
(212) 231-2235


Consented to by:

*/s/ Brian E. Lake*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Josh Belinfante
jbelinfante@robbinsfirm.com

Vincent R. Russo
vrusso@robbinsfirm.com

Brian E. Lake
blake@robbinsfirm.com

Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, GA 30318

Jeanne Mirer
jmirer@mmsjlaw.com

Mirer, Mazzocchi & Julien PLLC
150 Broadway, 12th Floor
New York, NY 10038

S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiff
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com
