UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREG PALAST AND HELEN BUTLER, | |
| Plaintiffs | CIVIL ACTION FILE NO. 1:18-CV-04809-ELR |
| v. | |
| BRAD RAFFENSPERGER in his official capacity As Secretary of State of the State of Georgia, | |
| Defendant. | |

# CONSENT ORDER STAYING PROCEEDINGS PENDING DISMISSAL

The Court having reviewed the parties' Consent Motion and, good cause appearing for same, it is hereby ORDERED that the Court shall defer consideration of Defendant's pending motions [D.E. 26 and 27] and hereby stay's the deadline of August 31, 2020 [per D.E. 49] by which Plaintiffs were otherwise required to file any opposition to the Defendant's pending motions.

So Ordered on this the ___ day of August, 2020.

_____
UNITED STATES DISTRICT COURT

1