**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

GREG PALAST and HELEN BUTLER,    *
                                 *
         Plaintiffs,             *
                                 *
    v.                           *        1:18-CV-04809-ELR
                                 *
BRAD RAFFENSPERGER,              *
*In his official capacity as Secretary*  *
*of State of the State of Georgia*,      *
                                 *
         Defendant.              *
                                 *

_____

**O R D E R**

_____

Presently before the Court is the Parties' Consent Motion to Stay Pending Dismissal." [Doc. 51].  In their motion, the Parties state they "have agreed in principle to the resolution of all issues presented by this litigation and are in the process of finalizing the requisite paperwork including a consent dismissal with prejudice." [Id. at 1].  Accordingly, the Parties ask this Court to defer consideration of Defendant's pending motions [Docs. 26, 27] and to stay all deadlines in this litigation.  [See Doc. 49].

Upon review, the Court **DENIES** the Parties' motion.  Instead of staying the case, the Court will direct the Clerk to administratively close the case.  The Court notes that administrative closure does not affect the rights of either Party.

Accordingly, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.  The Parties shall file a stipulation of dismissal upon finalization of the requisite documents.  If settlement fails, the Parties should promptly move to reopen the case.

**SO ORDERED**, this 31st day of August, 2020.

Eleanor L. Ross
United States District Judge
Northern District of Georgia