## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| GREG PALAST AND HELEN BUTLER, | ( |
| | ( |
| Plaintiffs | ( CIVIL ACTION FILE NO. |
| | ( 1:18-CV-04809-ELR |
| v. | ( |
| | ( |
| BRAD RAFFENSPERGER in his | ( |
| official capacity As Secretary | ( |
| of State of the State of Georgia, | ( |
| | ( |
| Defendant. | ( |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through counsel, and hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-styled action shall be and the same is hereby dismissed with prejudice along with all claims asserted herein, including all claims for attorney's fees and costs.

COUNSEL'S CERTIFICATION UNDER LR 7.1D ND Ga.

This is to certify that the within and foregoing has been prepared with Times New Roman (at least 14 point), which is one of the font and point selections approved by the court in LR 5.1B, in accordance with L.R. 7.1D ND Ga.

1

So submitted on this the 13th day of October, 2020.

**/s/ Jeanne Mirer**
*Attorney for Plaintiffs*
Mirer Mazzocchi & Julien, PLLC
1 Whitehall Street, 16th Floor
New York, NY 10004
(212) 231-2235
rjulien@mmsjlaw.com

**/s/ G. Brian Spears**
Georgia Bar No. 670112
*Attorney for Plaintiffs*
G. BRIAN SPEARS, P.C.
1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
(404) 872-7086

**/s/ Brian E. Lake**
*Attorney for Defendant*
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, NW
Atlanta, GA 30318
(404) 856-3277

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jeanne Mirer
Mirer Mazzocchi & Julien, PLLC
1 Whitehall Street, 16th Floor
New York, NY 10004

Brian E. Lake
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, NW
Atlanta, GA 30318

S/BRIAN SPEARS
Georgia Bar No. 670112
Attorney for Plaintiffs
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com
